**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FERNANDO TORUNO PESQUERA, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 26-1514-BAH |
| VERNON LIGGINS ET AL., | * | |
| Respondents. | * | |

* * * * * * * * * * * * * *

**ORDER**

The Court has received the response to the order to show cause (ECF 5). *See* ECF 6. Upon consideration of the Petition for Writ of Habeas Corpus (the "Petition"), ECF 1, the response, ECF 6, and the entire record in this case,[1] the Court finds that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED** that the Petition is **GRANTED** in part, insofar as the Court finds that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a), and Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);
2. Petitioner is entitled to, and shall seek, a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 14 days of the Petitioner's filing of a motion with the Immigration Court with meaningful consideration by the Immigration

[1] As requested, the Court incorporates the arguments made by Respondents in the cases cited in the status report. *See* ECF 6, at 1.

Judge of applicable, relevant factors;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention or having administrative control over Petitioner's immigration case or removal proceedings and need not take place in Maryland;
4. The hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions and Petitioner must be present (in person or by video) and able to participate in the hearing;
5. If Petitioner is not provided with a bond hearing before an immigration judge within 14 days of his filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;
6. Petitioner shall file a status report with this Court if a bond hearing is not held by an Immigration Judge within 14 days of the filing of a motion for a bond hearing or within 21 days of the date of this order, whichever is sooner; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: April 22, 2026

/s/
Brendan A. Hurson
United States District Judge